1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7                       FOR THE DISTRICT OF ARIZONA
8
9   Craig Davidson,                          No. CV-14-02689-PHX-NVW
10                    Plaintiff,             **ORDER**
11  v.
12  AFNI, Inc.,
13                    Defendant.
14          Plaintiff and Defendant having stipulated to dismissal of this action with prejudice
15  (Doc. 12),
16          IT IS HEREBY ORDERED granting the parties' Stipulation (Doc. 12) and
17  dismissing this action with prejudice, each party to bear its own attorney's fees and costs.
18          Dated this 30th day of January, 2015.
19
20
21                                          _____
                                                      Neil V. Wake
22                                              United States District Judge
23
24
25
26
27
28